UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:24-cv-00403-AB-SK                                         Date: October 30, 2025

Title      Phillip Maciel v. Riverside County Sheriff's Department, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's opposition to Defendants' motion for summary judgment was due on October 17, 2025. (*See* ECF 86). Yet as of this order, Plaintiff has filed no timely opposition. Plaintiff is therefore ordered to show cause in writing **by no later than November 13, 2025** why this action should not be dismissed for, among other reasons, failure to prosecute and obey court orders. *See* L.R. 41-1; Fed. R. Civ. P. 41(b).

Plaintiff may discharge this order by voluntarily dismissing his complaint (using the attached form CV-09x) or by filing his opposition to the motion for summary judgment by November 13, 2025. If such opposition is filed on time, Defendants may have an additional 14 days to file a supplemental reply in support of their motion for summary judgment. Otherwise, Defendants' motion will be deemed submitted for decision—unopposed by Plaintiff—as of November 13, 2025.

Plaintiff is warned, one final time, that failure to respond to this order and otherwise comply with court orders will lead to adverse consequences, including the entry of unopposed summary judgment in Defendants' favor or involuntary dismissal of this entire action—possibly with prejudice—for lack of prosecution and noncompliance with court orders. *See* L.R. 41-1; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.